# United States District Court

## *Southern District of Georgia*

HERBERT E. BRETT, DAVID HANNAH, WAYNE D.
HATTAWAY, AND JERRRY O. HUDSON,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV193-144

JEFFERSON COUNTY, GEORGIA, and CHARLES GARY
HUTCHINS, in his official capacity as Sheriff, Jefferson
County,

Defendants.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court of November 2, 1998, judgement is ENTERED in favor of plaintiff Hudson in the amount of $500,000.00; for plaintiff Hattaway in the amount of $450,000.00; for plaintiff Brett in the amount of $150,000.00; and for plaintiff Hannah in the amount of $150,000.00 with attorneys' fees in the amount of $136,704.25 and costs in the amount of $7,679.24.

E. O. D.

11-2-98
DATE

*esf*
INITIALS

November 02, 1998      Henry R. Crumley, Jr.
Date      Clerk

*Ernie J. Glanders*
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 1:93-cv-00144
Date Served: November 2, 1998
Served By: Emmie S. Flanders

Attorneys Served:

    Margaret E. Sanders, Esq. ✓
    Michael Allen O'Quinn, Esq. ✓
    Megan Gideon, Esq. ✓
    Marcia Borowski, Esq. ✓
    John Paul Batson, Esq. ✓

    ✓ Copy placed in Minutes
    ✓ Copy given to Judge
    ___ Copy given to Magistrate