ORIGINAL

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 98-9477

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 30 1999
THOMAS K. KAHN
CLERK

HERBERT E. BRETT,
DAVID HANNAH, et al.,

                                Plaintiffs-Appellees,

versus

JEFFERSON COUNTY, GEORGIA,
CHARLES GARY HUTCHINS, individually
and in his official capacity as Sheriff,
Jefferson County,

                                Defendants-Appellees.

-----------------------------

On Appeal from the United States District Court for the
Southern District of Georgia

-----------------------------

BEFORE EDMONDSON and BIRCH, Circuit Judges, and OWENS*, Senior District Judge.

B Y   T H E   C O U R T :

The parties' "Stipulation of Voluntary Dismissal," construed as a motion to dismiss this appeal without prejudice, with each party bearing its own fees and costs on appeal is **granted**.

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit

By: _____
Deputy Clerk

*Honorable Wilbur D. Owens, Jr., Senior U.S. District Judge for the Middle District of Georgia, sitting by designation.



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 30, 1999

Henry R. Crumley
Clerk, U.S. District Court
500 East Ford Street
Augusta GA 30901

RE: 98-9477 -HH     Brett v. Jefferson County, GA
DC DKT NO.: 93-00144 CV-1

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Also enclosed is the record on appeal, which consists of:
five (5) volumes and one (1) box of exhibits.

Please acknowledge receipt by returning the enclosed copy of this lettter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Freda Dixon (404) 335-6142

Encl.

DIS-4 (1-1999)

Henry R. Crumley
Clerk, U.S. District Court
500 East Ford Street
Augusta GA 30901

August 30, 1999

RE: 98-9477 -HH    Brett v. Jefferson County, GA
DC DKT NO.: 93-00144 CV-1

TO:  Henry R. Crumley

CC:  Michael A. O'Quinn esq.

CC:  Marcia W. Borowski

CC:  John Paul Batson

CC:  Administrative File