## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

FILED

*illegible*

**HERBERT E. BRETT, DAVID** §
**HANNAH, WAYNE D. HATTAWAY,** §
**and JERRY O. HUDSON,** §
 §
**Plaintiffs,** §
 §
**v.** §
 § **Civil Action No. 1:93-144**
**JEFFERSON COUNTY, GEORGIA,** §
**and CHARLES GARY HUTCHINS,** §
**in his official capacity as SHERIFF,** §
**JEFFERSON COUNTY,** §
 §
**Defendants.** §
 §
 §

---

## JOINT MOTION TO CORRECT MISTAKE

COME NOW the parties and hereby jointly request this Court to correct a

mistake in its Order of October 12, 1999.

On November 2, 1998, this Court issued its Judgment in this case. Defendants

appealed. The parties briefed the matter to the Eleventh Circuit, and then settled the

case. The parties then jointly submitted a Stipulation of Voluntary Dismissal (of

defendants' appeal) to the Eleventh Circuit (attached hereto as Exhibit A). On August

30, 1999, the Eleventh Circuit Court of Appeals dismissed defendants' appeal without

prejudice (Order attached hereto as Exhibit B).

The November 1998 judgment of this Court was not dismissed by the Court of



Appeals - rather, defendants' appeal of that judgment was dismissed on August 30, 1999.

The parties expect to finalize the settlement shortly and then submit a notice of satisfaction of the judgment with this Court.

Therefore, the parties respectfully request that this Court correct its Order of October 12, 1999 to reflect that its Judgment of November 2, 1998 remains the judgment in this case.

Dated, this 22nd day of October, 1999.

Respectfully submitted,

MICHAEL A. O'QUINN, P.C.

by permission
mro
Michael A O'Bunn

Michael A. O'Quinn
Ga. Bar No. 553056
21 Sims Street
McDonough, GA 30253
770-898-0333

Attorney for Defendants

Thompson, Rollins, Schwartz &
Borowski LLC

Marcia Borowski
Ga. Bar No. 068625
750 Commerce Drive, Suite 100
Decatur, GA 30030
404-377-7717

Attorney for Plaintiffs

Appeals – rather, defendant appeal of that judgment was dismissed on August 30, 1999.

The parties expect to finalize the settlement shortly and then submit a notice of satisfaction of the judgment with this Court.

Therefore, the parties respectfully request that this Court correct its Order of October 12, 1999 to reflect that its Judgment of November 2, 1998 remains the judgment in this case.

Dated, this 22nd day of October, 1999.

Respectfully submitted,

MICHAEL A. O'QUINN, P.C.

Michael A. O'Quinn
Ga. Bar No. 553056
21 Sims Street
McDonough, GA 30253
770-898-0333

Attorney for Defendants

Thompson, Rollins, Schwartz &
Borowski LLC

Marcia Borowski
Ga. Bar No. 068625
750 Commerce Drive, Suite 100
Decatur, GA 30030
     404-377-7717

Attorney for Plaintiffs

NO. 98-9477

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

HERBERT E. BRETT, DAVID HANNAH,
WAYNE D. HATTAWAY, and JERRY O. HUDSON,

Plaintiffs-Appellees,

vs.

 AUG 3 0 1999

JEFFERSON COUNTY and CHARLES GARY HUTCHINS,
in his Official Capacity as Sheriff,

Defendants-Appellants.

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Michael A. O'Quinn, P.C.
Michael A. O'Quinn
21 Sims Street
McDonough, GA 30253
(770) 898-0333



A p/ of 5

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.A.P. 42(b) and 11th Cir. R 42-1(a), Appellants and Appellees hereby jointly stipulate and agree that the within and foregoing proceeding and appeal shall be dismissed, without prejudice. Appellants shall bear all costs of this appeal.

STIPULATED AND AGREED TO this 77th day of August, 1999.


MICHAEL A. O'QUINN, P.C.


Michael A. O'Quinn

GA Bar No. 553056

21 Sims Street

McDonough, GA 30253

Telephone: (770) 898-0333

Telecopier: (770) 898-0330

Attorney for Appellants

A p2 of 5

THOMPSON, ROLLINS, SCHWARTZ & BOROWSKI, L.L.C.

/s/ Marcia W. Borowski.

Marcia W. Borowski, Esq.     by MWB w/express
                             permission (telefaxed
750 Commerce Drive           signature attached)

Suite 100

Decatur, GA 30030

Telephone: (404) 377-7717

Telecopier:  (404) 377-5119

Attorney for Appellees

A p 8 of 5

THOMPSON, ROLLINS, SCHWARTZ & BOROWSKI, L.L.C.

Marcia W. Borowski, Esq.

750 Commerce Drive

Suite 100

Decatur, GA 30030

Telephone: (404) 377-7717

Telecopier: (404) 377-5119

Attorney for Appellees

## CERTIFICATE OF SERVICE

This will hereby certify that I, the undersigned, have this day served the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE upon all parties by placing a correctly addressed copy of same in the United States Mail, correct postage affixed thereto, to insure delivery to the following:

> Marcia W. Borowski, Esq.
> Thompson, Rollins, Schwartz & Borowski, L.L.C.
> 750 Commerce Drive
> Suite 100
> Decatur, GA 30030

This 27th day of August, 1999.

MICHAEL A. O'QUINN, P.C.

Michael A. O'Quinn

State Bar No. 553056

21 Sims Street

McDonough, GA 30253

Telephone: (770) 898-0333

Telecopier: (770) 898-0330

A p5 of 5

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 30, 1999

Henry R. Crumley
Clerk, U.S. District Court
500 East Ford Street
Augusta  GA  30901

RE: 98-9477 -HH       Brett v. Jefferson County, GA
DC DKT NO.:  93-00144 CV-1

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of
this court.

Also enclosed is the record on appeal, which consists of:
 five (5) volumes and one (1) box of exhibits.

Please acknowledge receipt by returning the enclosed copy of this lettter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Freda Dixon (404) 335-6142

Encl.



DIS-4  (1-1999)

B p¹ o¹ ²

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 3 0 1999

THOMAS K. KAHN
CLERK

No. 98-9477

HERBERT E. BRETT,
DAVID HANNAH, et al.,

Plaintiffs-Appellees,

versus

JEFFERSON COUNTY, GEORGIA,
CHARLES GARY HUTCHINS, individually
and in his official capacity as Sheriff,
Jefferson County,

Defendants-Appellees.

---------------------------

On Appeal from the United States District Court for the
Southern District of Georgia

---------------------------

BEFORE EDMONDSON and BIRCH, Circuit Judges, and OWENS*, Senior
District Judge.

B Y   T H E   C O U R T:

        The  parties'  "Stipulation  of  Voluntary  Dismissal,"

construed as a motion to dismiss this appeal without prejudice,

with each party bearing its own fees and costs on appeal

is **granted.**


*Honorable Wilbur D. Owens, Jr., Senior U.S. District Judge for the
 Middle District of Georgia, sitting by designation.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

**HERBERT E. BRETT, DAVID HANNAH,
WAYNE D. HATTAWAY, and
JERRY O. HUDSON,**

                **Plaintiffs,**

**v.**                                                             **Civil Action No. 1:93-144**

**JEFFERSON COUNTY, GEORGIA,
and CHARLES GARY HUTCHINS,
individually and in his official
capacity as SHERIFF, JEFFERSON COUNTY,**

                **Defendants.**

---

**CERTIFICATE OF SERVICE**

       This is to certify that I have this day served a copy of the Joint Motion to Correct

Mistake upon counsel for defendant by first class U.S. mail addressed to:

Michael A. O'Quinn
21 Sims Street
McDonough, Georgia  30253

       This 22d day of October, 1999.

BY: _____
      Marcia Borowski
      Georgia Bar No. 068625

      Attorney for Plaintiffs

750 Commerce Drive, Suite 100
Decatur, GA 30030
404/377-7717